JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL H. PETTUS, JR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER A. SERRANO, et al., <br><br> Defendants. | Case No. CV 22-0167 DOC (PVC) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: December 5, 2022

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE